SHARELLE MARIE ROBINSON
9 BOB PITTMAN LN
POPLARVILLE, MS 39470

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO, CA 94105

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

MERRICK BANK CORP
PO BOX 9201
OLD BETHPAGE, NY 11804

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

CONCORA CREDIT
P.O. BOX 449
BEAVERTON, OR 97076

NELNET
PO BOX 82561
LINCOLN, NE 68501

AMEX
PO BOX 981535
EL PASO, TX 79998

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

NORMAN MELTON ROBINSON
9 BOB PITTMAN LN
POPLARVILLE, MS 39470

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

REPUBLIC FINANCE
1170 N.HWY 190 UNIT C
COVINGTON, LA 70433

BHG FINANCIAL
P.O. BOX 980938
WEST SACRAMEN, CA 95798

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

ROCKET MORTGAGE
ATTN: BANKRUPTCY
1050 WOODWARD AVENUE
DETROIT, MI 48226

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

KOVO INC
ATTN: BANKRUPTCY
9450 SW GEMINI DR
STE 87907
BEAVERTON, OR 97008

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
PO BOX 965065
ORLANDO, FL 32896

CHASE BANK
CARD SERVICES
PO BOX 15298
WILMINGTON, DE 19850

LA DEPT OF REVENUE
P.O. BOX 91011
BATON ROUGE, LA 70821-9011

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

LARRY HERD
14 BONNER RD
POPLARVILLE, MS 39470

TOWER LOAN
215 HWY 26 E
POPLARVILLE, MS 39470

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001