**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Sharelle Marie Robinson                                      Case No. 26-50685-KMS
                                                                          Chapter 7 Proceedings

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, Tower Loan of Mississippi, LLC, d/b/a Tower Loan of Poplarville, by

and through its attorney, and files this Notice of Appearance in the above styled action.

This the 28th day of April, 2026

                                                            /s/ Joseph T. McDaniel
                                                            Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@us.doj.gov

Sharelle Marie Robinson
9 Bob Pittman Ln
Poplarville, MS 39470

George Adam Sanford
Chapter 7 Trustee

This the 28th day of April, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176