Certificate Number: 17082-MSS-DE-041003928

Bankruptcy Case Number: 26-50685



17082-MSS-DE-041003928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 21, 2026</u>, at <u>10:21</u> o'clock <u>AM MST</u>, <u>SHARELLE ROBINSON</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>May 21, 2026</u>          By:      <u>/s/Orsolya K Lazar</u>

Name:  <u>Orsolya K Lazar</u>

Title:  <u>Executive Director</u>