United States Bankruptcy Court

Southern District of Mississippi

In re:

Sharelle Marie Robinson

    Debtor

Case No. 26-50685-KMS

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3

Date Rcvd: Aug 11, 2026      Form ID: 318      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharelle Marie Robinson, 9 Bob Pittman Ln, Poplarville, MS 39470-7501 |
| 5663991 | + | Concora Credit, P.O. Box 449, Beaverton, OR 97075 |
| 5663997 | + | Larry Herd, 14 Bonner Rd, Poplarville, MS 39470-7400 |
| 5664001 | + | Norman Melton Robinson, 9 Bob Pittman Ln, Poplarville, MS 39470-7501 |
| 5664006 | + | Tower Loan, 215 Hwy 26 E, Poplarville, MS 39470-3109 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5664665 | + | EDI: AISACG.COM | Aug 11 2026 23:42:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5663982 | + | EDI: GMACFS.COM | Aug 11 2026 23:42:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5663983 | + | Email/PDF: bncnotices@becket-lee.com | Aug 11 2026 19:44:07 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5663985 | ^ | MEBN | Aug 11 2026 19:43:12 | BHG Financial, P.O. Box 980938, West Sacramen, CA 95798-0938 |
| 5663984 | + | EDI: TSYS2 | Aug 11 2026 23:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5663986 | + | EDI: CAPITALONE.COM | Aug 11 2026 23:42:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5663987 | + | EDI: JPMORGANCHASE | Aug 11 2026 23:42:00 | Chase Bank, Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5663988 | + | EDI: JPMORGANCHASE | Aug 11 2026 23:42:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5663989 | + | EDI: CITICORP | Aug 11 2026 23:42:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5663990 | + | EDI: WFNNB.COM | Aug 11 2026 23:42:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5663992 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 11 2026 19:44:08 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5663994 | + | Email/Text: ebone.woods@usdoj.gov | Aug 11 2026 19:45:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5663993 | | EDI: IRS.COM | Aug 11 2026 23:42:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5664597 | ^ | MEBN | Aug 11 2026 19:42:54 | Joseph T. McDaniel, Esq., for Tower Loan of Mississippi, LLC, d/b/a Tower Loan of |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2026 | Form ID: 318 | Total Noticed: 30 |

|  |  |  | Poplarville, P.O. Box 320001, Flowood MS 39232-0001 |
|---|---|---|---|
| 5663995 | Email/Text: bankruptcies@kovocredit.com | Aug 11 2026 19:45:00 | Kovo Inc, Attn: Bankruptcy, 9450 Sw Gemini Dr, ste 87907, Beaverton, OR 97008 |
| 5663996 | EDI: LADOR | Aug 11 2026 23:42:00 | LA Dept of Revenue, P.O. Box 91011, Baton Rouge, LA 70821-9011 |
| 5663998 | + EDI: LENDNGCLUB | Aug 11 2026 23:42:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 5663999 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2026 19:43:56 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5664000 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 11 2026 19:45:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5664002 | Email/Text: bankruptcy@republicfinance.com | Aug 11 2026 19:46:00 | Republic Finance, 1170 N.Hwy 190 Unit C, Covington, LA 70433 |
| 5664003 | + Email/Text: bankruptcyteam@rocketmortgage.com | Aug 11 2026 19:45:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5664004 | + EDI: SYNC | Aug 11 2026 23:42:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |
| 5664005 | + EDI: SYNC | Aug 11 2026 23:42:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5664007 | Email/Text: bknotice@upgrade.com | Aug 11 2026 19:45:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5664008 | ^ MEBN | Aug 11 2026 19:42:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Tower Loan of Mississippi, LLC, d/b/a Tower Loan |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

District/off: 0538-6                          User: mssbad                                Page 3 of 3
Date Rcvd: Aug 11, 2026                       Form ID: 318                                Total Noticed: 30

| Name | Email Address |
|---|---|
| George Adam Sanford | trustee@mcraneymcraney.com  MS18@ecfcbis.com |
| Gregg Mayer | on behalf of Defendant UNITED STATES DEPARTMENT OF EDUCATION gregg.mayer@usdoj.gov rj.mcinnis@usdoj.gov,lacee.t.davis@usdoj.gov,laquinta.hall@usdoj.gov |
| Joseph Todd McDaniel | on behalf of Creditor Tower Loan of Mississippi  LLC, d/b/a Tower Loan of Poplarville jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Plaintiff Sharelle Marie Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sharelle Marie Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sharelle Marie Robinson** | Social Security number or ITIN  **xxx–xx–7461** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **26–50685–KMS**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sharelle Marie Robinson**
aka Sharelle M Robinson, aka Sharelle Marrie Herd Robinson

Dated: 8/11/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2